IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JOSEPH ALEXANDER DANSBY, SR.                                    PLAINTIFF

v.                              Case No. 4:26-cv-4021

OFFICER SORENSON
(Hope Police Department);
CORPORAL HUNTER HALLIDAY
(Hope Police Department);
SERGEANT DUSTY TOWNSEND
(Hope Police Department);
CORPORAL CHARLES FEATHERTON
(Hope Police Department);
SERGEANT DANIEL OLLER
(Hope Police Department);
PROSECUTOR BEN HALE
(Hempstead and Nevada Counties);
JUDGE JOE SHORT
(Circuit Court Judge for Hempstead and Nevada Counties)        DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  Judge Singleton recommends the following:  (1) Plaintiff's claims against Defendants Judge Joe Short and Prosecutor Ben Hale be dismissed without prejudice; (2) Plaintiff's claims against Defendants Officer Sorenson, Corporal Hunter Halliday, Sergeant Dusty Townsend, Corporal Charles Featherton, and Seargeant Daniel Oller be stayed and administratively terminated; and (3) Plaintiff be given thirty (30) days after the final resolution of his pending state criminal case to file a Motion to Reopen this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the

record, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, all claims against Defendants Judge Joe Short and Prosecutor Ben Hale are **DISMISSED WITHOUT PREJUDICE**. Pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), Plaintiff's claims against Defendants Officer Sorenson, Corporal Hunter Halliday, Sergeant Dusty Townsend, Corporal Charles Featherton, and Seargeant Daniel Oller are **STAYED and ADMINISTRATIVELY TERMINATED**. Plaintiff shall have thirty (30) days after the final resolution of his pending state criminal case to file a Motion to Reopen this case. Failure to file a Motion to Reopen by the deadline will result in the summary dismissal of this case.

       **IT IS SO ORDERED**, this 20th day of July, 2026.

/s/ John Thomas Shepherd  
John Thomas Shepherd  
United States District Judge